# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-3069-04-CR-S-RK |
| ) | |
| ) | |
| NEAL A. NORLES, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR CONTINUANCE

Comes now Branden Twibell, counsel for Defendant Neal Norles, and moves for continuance of the sentencing hearing in the above-captioned case and in support of this motion, states the following:

1. Counsel has voluntarily taken over representation of Mr. Norles from his past counsel as Mr. Norles' past counsel is moving his practice away from criminal defense.

2. Defense counsel formally entered their appearance today, Friday, February 28, 2020.

3. Sentencing for Mr. Norles is scheduled for Friday, March 6, 2020.

4. Counsel requires additional time to receive and review discovery and the presentence investigation report in this case and review both with Mr. Norles.

5. Counsel has spoken with Mr. Norles and he has no objection to this motion.

6. Counsel for Plaintiff has no objection to this motion.

7. This continuance is not sought for purpose of dilatory delay, but is sought to ensure Defendant is afforded due process of law.

WHEREFORE, Defendant respectfully requests the sentencing hearing be continued at least 30 days from today.

Respectfully submitted,

*/s/ Branden Twibell*
Branden Twibell
*Attorney for Defendant*
901 E. St. Louis St.
Suite 1600
Springfield, MO 65806
(417) 862-1741
(Fax) 862-4044
Branden@TwibellPierson.com
www.TwibellPierson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Assistant United States Attorney, Springfield, Missouri, and all other counsel of record.

*/s/ Branden Twibell*
Branden Twibell
*Attorney for Defendant*